IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SIOUX FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL STEVEN HENDRICKSON | § | CASE NO. 09-40334-CLN |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE CHARLES L. NAIL, JR. |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Harley-Davidson Credit Corp.**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 3900-N-9535
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Harley-Davidson Credit Corp.

## CERTIFICATE OF SERVICE

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before May 20, 2009:

**Debtors' Attorney**
Carolyn K. Dick
Attorney At Law
601 N Minnesota Ave Ste 200
Sioux Falls, SD  57104-2436

**Chapter 7 Trustee**
Lee Ann Pierce
Post Office Box 524
Brookings, South Dakota 57006

**U.S. Trustee**
Office of the U.S.Trustee
230 South Phillips Avenue, Suite 502
Sioux Falls, South Dakota 57102

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

3900-N-9535
noaelect