UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 09-40334 |
| | ) | Chapter 7 |
| MICHAEL STEVEN HENDRICKSON | ) | |
| SSN/ITIN xxx-xx-2720 | ) | ORDER RE:  SUBSTITUTION |
| | ) | OF COUNSEL FOR DEBTORS |
| Debtor. | ) | |

Upon consideration of Debtor's Motion to Substitute Counsel (doc. 42) and the record before the Court; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Debtor's motion is granted, and Attorney Thomas A. Blake is substituted for Attorney Carolyn K. Dick as counsel of record for Debtor.

So ordered: April 15, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota